**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD MCCALL and HOWARD STEPHAN, )<br>)<br>Plaintiffs,                     )<br>)<br>vs.                                )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC,  )<br>)<br>Defendant.                    )<br>_____ ) | Case No. 2:17-cv-02372-MMD-GWF<br><br><br>**ORDER** |

This matter is before the Court on Defendant's Unopposed Motion to Stay (ECF No. 8), filed on September 29, 2017.

Defendant requests that the Court stay this case pending the resolution of the motions for transfer and consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on Multidistrict Litigation.  Defendant represents that Plaintiffs do not oppose this request.  Upon review, the Court finds good cause to grant Defendant's request.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Stay (ECF No. 8) is **granted**.

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED.**

**IT IS FURTHER ORDERED** that the parties shall file a status report no later than **January 2, 2018** regarding the status of the motions for transfer and consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on Multidistrict Litigation.

DATED this 2nd day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge